In the Matter of ELMORE R. FAY, Respondent, against JOHN MILLER et al., Constituting the Village Board of the Village of Pleasantville et al., Appellants.

(Argued June 7, 1933; decided July 11, 1933.)

*Wendell P. McKown* for appellants.
*A. H. F. Seeger* and *David H. Moses* for respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.